UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 22935
   JEROME POLLNITZ
   TOYA D POLLNITZ                        CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-3304    SSN XXX-XX-0140
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/09/05 and confirmed on 10/12/05.

2. The case was converted to Chapter 7 after confirmation, 01/27/2009.

3. The Debtor paid a total of $ 36278.62 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 4618.78 | .00 | 4618.78 |
| MARQUETTE CONSUMER FINAN | SECURED VEHIC | 15399.15 | 9545.15 | 8870.78 |
| ALEGIS GROUP LP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3469.32 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 793.87 | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 300.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HEALTH VENTURES | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRESTONE OFFICE FEDERAL | SECURED | 8116.05 | 2104.81 | 5527.87 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 413.98 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 457.45 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | UNSECURED | 1690.54 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1907.94 | .00 | .00 |
| MIDWEST NEOPED ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | 682.41 | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| MARQUETTE CONSUMER FINAN | ADMINISTRATIV | 1500.00 | .00 | 1500.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1903.33 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 324.81 | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2523.00 | .00 | .00 |

```
      Summary of disbursements:
------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED     OTHER      TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED  28133.98    4023.00   11943.65       .00   44100.63
PRINCIPAL PAID      19017.43    1500.00        .00       .00   20517.43
INTEREST PAID       11649.96        .00        .00       .00   11649.96
TOTAL PAID          30667.39    1500.00        .00       .00   32167.39
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $   2700.00
and was paid $    600.00  direct and $   2100.00  through the plan.

The Trustee received $   1600.47 .

Refunds to the Debtor totaled $    410.76 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 22935 JEROME POLLNITZ & TOYA D POLLNITZ